**Order entered July 9, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00589-CV

### IN THE INTEREST OF L.M.T., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-19417**

## ORDER

Before the Court is court reporter Janet Saavedra's July 8, 2019 request for extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than August 8, 2019.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE